**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ALEXANDRIA JORDAN LOCKWOOD,** ) | |
| **Plaintiff,** ) | |
| **vs.** ) | **No. 3:21-CV-1480-M-BH** |
| ) | |
| **MUNICIPALITIES, et al.,** ) | |
| **Defendants.** ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's "Mandatory right for immediate ex parte restraining orders and injunctions against Defendants," filed June 24, 2021 (doc. 4), which is liberally construed as a motion for injunctive relief, is **DENIED**. By separate judgment, the plaintiff's claims against all defendants who are not located or reside in the Northern District of Texas, or who were not involved in any events or omissions which occurred in this district and gave rise to the plaintiff's claims, will be *sua sponte* **DISMISSED without prejudice** based on improper venue. Her claims against the defendants who are located or reside in this district, or who were allegedly involved in any events or omissions which occurred in this district and gave rise to her claims, will be *sua sponte* **DISMISSED with prejudice** as frivolous or for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

**SIGNED this 16th day of August, 2021.**

**BARBARA M. G. LYNN**
**CHIEF JUDGE**