**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ALEXANDRIA JORDAN LOCKWOOD,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:21-CV-1480-M-BH** |
| | ) | |
| **MUNICIPALITIES, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's "Notice and Motion, Power of Private Citizen to Institute Criminal Proceedings, Mandamus, in support of Indictment or Information and Affidavit to a Magistrate Judge," filed August 20, 2021 (doc. 19), is liberally construed as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) and **DENIED**.

**SIGNED this 20th day of September, 2021.**

**BARBARA M. G. LYNN**
**CHIEF JUDGE**